IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHELLE LYNN FRY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2536

Opinion filed October 9, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Michelle Lynn Fry, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.


PER CURIAM.

The petition for belated appeal is granted. Petitioner shall be allowed a belated appeal from the September 4, 2012, judgment and sentence, in Hamilton County Circuit Court case number 11-135-CF-B. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D). If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

ROWE, MARSTILLER, and MAKAR, JJ., CONCUR.